Joshua Trigsted
Oregon State Bar ID Number 06531
Trigsted Law Group, P.C.
5200 SW Meadows Rd, Ste 150
Lake Oswego, OR 97035
503-376-6774, ext. # 216
866-927-5826  facsimile
jtrigsted@attorneysforconsumers.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

**EVAN JENSEN,**

        Plaintiff,

vs.

**COLLECTO, INC., dba EOS CCA,**

        Defendant

Case No.: 3:11-cv-00867-BR

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of Oregon, Plaintiff's Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

Dated this 8th day of September, 2011.

By: s/Joshua Trigsted
Joshua Trigsted
Trigsted Law Group, P.C.
5200 SW Meadows Rd, Ste 150
Lake Oswego, OR 97035
503-376-6774, ext. # 216
866-927-5826  facsimile
jtrigsted@attorneysforconsumers.com
*Attorney for Plaintiff*